IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY TANNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:13-CV-03461-BCW |
| LINDA SANDERS, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #3) dismissing Plaintiff's Petition for Habeas Corpus (Doc. #1). No objections to the Report and Recommendation have been filed. After an independent review of the record, the applicable law, and the petition, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #3), Plaintiff's Petition for Habeas Corpus (Doc. #1) is DISMISSED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: May 6, 2015          /s/ Brian C. Wimes
                            JUDGE BRIAN C. WIMES
                            UNITED STATES DISTRICT COURT